IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ANDRE ELY, | |
| Plaintiff, | Case No.: 1:23-cv-14258 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 128 | DO-GENERIC(7-15Days Delivery) |
| 157 | ANHEUM |
| 182 | AIMITAG |
| 183 | YUYUMILY |
| 22 | Koibo-us |
| 24 | Okizul |
| 7 | Laixton |
| 5 | xierman |
| 184 | BINZE |
| 200 | shenzhenshizhiheshangmaoyouxiangongsi |
| 4 | ModnToga |

| | |
|---|---|
| 198 | Brickstoy21 |
| 199 | Dkelincs |
| 168 | kaurw |
| 169 | INNOVIERA prime day deals |

DATED:  November 30, 2023       Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312- 971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt